No. 97–9152. ZARAGOZA, AKA VALERA v. UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 97–9153. VALLEJO v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–9156. JAMES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 97–9164. WHATLEY v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–9165. BARTLEY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–9173, WOODRUFF v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 97–9180. CARTER v. UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 97–9181. BIERI v. UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 97–9184. HOOKER v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–9187. HOBBS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–9191. BOLLING v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 97–1054. CHASE MANHATTAN BANK, AS TRUSTEE OF THE IBM RETIREMENT PLAN TRUST FUND v. CITY AND COUNTY OF SAN FRANCISCO ET AL. C. A. 9th Cir. Certiorari denied. JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 97–1511. MOORE, DIRECTOR, SOUTH CAROLINA DEPARTMENT OF CORRECTIONS v. CUMMINGS. C. A. 4th Cir. Motion of respondent for leave to proceed in forma pauperis granted. Certiorari denied.